IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN GRAVINESE | : | CIVIL ACTION |
| | : | NO.: 2:20-cv-05219 (GJP) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| PREMIER DENTAL PRODUCTS COMPANY | : | |
| | : | |
| Defendant. | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by and through undersigned counsel, hereby agree to the dismissal of this action, with prejudice, consistent with Fed.R.Civ.P. 41(a)(1)(A)(ii) with each party to bear its own costs.

| | |
|---|---|
| OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. | KARPF, KARPF & CERUTTI P.C. |
| | |
| /s/ Kevin L. Golden | /s/ J. Patrick Griffin |
| Kevin L. Golden, Esq. | Julia W. Clark, Esq. |
| Two Liberty Place | J. Patrick Griffin, Esq. |
| 50 S. 16th Street, Suite 3200 | 3331 Street Road |
| Philadelphia, PA 19102-2555 | Two Greenwood Sq., Suite 128 |
| (T) 215-665-5319 | Bensalem, PA 19020 |
| kevin.golden@bipc.com | (T) 215-639-0801 / (F) 215-639-4970 |
| | jclark@karpf-law.com |
| | pgriffin@karpf-law.com |
| *Attorneys for Defendants* | |
| | *Attorneys for Plaintiff* |

DATED: June 23, 2021

SO ORDERED:

*/s/ Gerald J. Pappert*     6/28/21